UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Christopher Shoester

Case No.: 17-19480
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __July 25, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
4 North Binnacle Drive
Tuckerton, New Jersey
Valued at $200,000.00

Liens on property: Ocwen, $481,476.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher V. Shoester  
    Debtor

Case No. 17-19480-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jun 22, 2017  
                Form ID: pdf905     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.

```
db            +Christopher V. Shoester,    4 N. Binnacle Dr.,    Tuckerton, NJ 08087-1548
cr            +HSBC BANK USA NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid P.L.,
                6409 Congress Ave Suite 100,    Boca Raton, FL  33487,     UNITED STATES 33487-2853
516815047     +Account Resolution Services,    1643 N. Harrison Pkwy. Bldg. H Ste. 100,
                Fort Lauderdale, FL 33323-2857
516815048     +Adinolfi & Packman, PA,    4 Kings Highway East,    Haddonfield, NJ 08033-2002
516815049     +Charlotte Kelly, DAG,    Department of Labor,    PO Box 399,    Trenton, NJ 08625-0399
516815050     +Child Support Enforcement,    25 Market St.,    Trenton, NJ 08611-2148
516815051     +Christina Chaput,    42 Dover Ave.,    Berlin, NJ 08009-1111
516815053     +Commonwealth Finance,    245 Main St.,    Scranton, PA 18519-1641
516815054     +Discover Bank,    502 E. Market St.,    Greenwood, DE 19950-9700
516815055     +Emergency Physicians Assoc.,    101 Carnie Blvd.,    Voorhees, NJ 08043-1548
516815056     +Gary W. Boguski, Esq.,    Taylor & Boguski, LLC,    199 Sixth Ave.,    Mount Laurel, NJ 08054-9749
516815057     +HSBC Bank USA,    425 5th Ave.,    New York, NY 10016-2223
516815059     +LVNV Funding, LLC,    c/o Corporate Service Company,    Registered Agent,    830 Bear Tavern Rd.,
                Trenton, NJ 08628-1020
516889415     +NJ Dept of Labor Workforce,    POB 399,    Trenton, NJ 08625-0399
516815060     +Nationstar,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
516815061      New Jersey Natural Gas,    c/o Rhonda M. Figueroa,    Registered Agent,    1415 Wyckoff Rd.,
                Belmar, NJ 07719
516815062     +Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
516815063     +Plumbing Heating Inc.,    c/o Clerk of Superior Court,    Hughes Justice Complex,    PO Box 971,
                Trenton, NJ 08625-0971
516815064     +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516815065     +Schachter Portnoy, LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
516815067     +State of NJ Unisured Employer Fund,    1 John Fitch Plaza,    Trenton, NJ 08611-1760
516815066     +State of New Jersey,    c/o Attorney General for New Jersey,    25 Market St.,
                Trenton, NJ 08611-2148
516815068     +Stern & Eisenberg, PC,    1040 N. Kings Highway, STe. 407,    Cherry Hill, NJ 08034-1925
516815070     +William Briggs,    128 Bramau Ave.,    Berlin, NJ 08009-9209
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:51      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:47      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516815052     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 22 2017 22:20:18
                Comcast Cable,    1701 JFK Blvd.,    Philadelphia, PA 19103-2899
516815058     +E-mail/Text: cio.bncmail@irs.gov Jun 22 2017 22:19:14      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
516815069     +E-mail/Text: bankruptcy@sw-credit.com Jun 22 2017 22:19:52      SW Credit Systems,
                4120 International Pkwy. Ste. 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 5
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3           User: admin                 Page 2 of 2                   Date Rcvd: Jun 22, 2017
                               Form ID: pdf905             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:

        Bruno  Bellucci, III   on behalf of Debtor Christopher V. Shoester jkearney@belluccilaw.net, bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net, jbonner@belluccilaw.net

        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merril dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

        Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

        Miriam  Rosenblatt    on behalf of Creditor   HSBC BANK USA NATIONAL ASSOCIATION bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com

        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                TOTAL: 6