| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, PL**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT, Esq. (MR - 7505) | Order Filed on August 1, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>CASE NO.: 17-19480-CMG |
| **In Re:**<br><br>**Christopher V. Shoester**<br>**dba All Ways Home Remodeling, LLC**<br><br>    **Debtor.** | CHAPTER 7<br><br>HEARING DATE: August 1, 2017 at 10:00 AM<br><br>JUDGE: Christine M. Gravelle |

## ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: August 1, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

Debtors:      Christopher V. Shoester dba All Ways Home Remodeling, LLC.
Case No.:     17-19480-CMG
Caption of Order:  **Order Vacating Automatic Stay**

---

Upon the motion of HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR RENAISSANCE HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-3, ("Secured Creditor") under Bankruptcy Code § 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property located at 20 Cranbury Lake Drive, Little Egg Harbor, NJ 08087.

It is further ORDERED that Secured Creditor may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, inducing, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-19480-CMG
Christopher V. Shoester                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Aug 01, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2017.
db            +Christopher V. Shoester,    4 N. Binnacle Dr.,    Tuckerton, NJ 08087-1548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2017 at the address(es) listed below:
              Bruno  Bellucci, III   on behalf of Debtor Christopher V. Shoester jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
               jbonner@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merril dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Miriam  Rosenblatt    on behalf of Creditor   HSBC BANK USA NATIONAL ASSOCIATION
               bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6