**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christopher V. Shoester <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9347 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–19480–CMG | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Christopher V. Shoester
   dba All Ways Home Remodeling, LLC

8/11/17

**By the court:**   Christine M. Gravelle
                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 17-19480-CMG
Christopher V. Shoester                                         Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Aug 11, 2017
                              Form ID: 318             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db             +Christopher V. Shoester,    4 N. Binnacle Dr.,    Tuckerton, NJ 08087-1548
cr             +HSBC BANK USA NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
516815047      +Account Resolution Services,    1643 N. Harrison Pkwy. Bldg. H Ste. 100,
                 Fort Lauderdale, FL 33323-2857
516815048      +Adinolfi & Packman, PA,    4 Kings Highway East,    Haddonfield, NJ 08033-2002
516815049      +Charlotte Kelly, DAG,    Department of Labor,    PO Box 399,    Trenton, NJ 08625-0399
516815050      +Child Support Enforcement,    25 Market St.,    Trenton, NJ 08611-2148
516815051      +Christina Chaput,    42 Dover Ave.,    Berlin, NJ 08009-1111
516815053      +Commonwealth Finance,    245 Main St.,    Scranton, PA 18519-1641
516815054      +Discover Bank,    502 E. Market St.,    Greenwood, DE 19950-9700
516815055      +Emergency Physicians Assoc.,    101 Carnie Blvd.,    Voorhees, NJ 08043-1548
516815056      +Gary W. Boguski, Esq.,    Taylor & Boguski, LLC,    199 Sixth Ave.,    Mount Laurel, NJ 08054-9749
516815057      +HSBC Bank USA,    425 5th Ave.,    New York, NY 10016-2223
516815059      +LVNV Funding, LLC,    c/o Corporate Service Company,    Registered Agent,    830 Bear Tavern Rd.,
                 Trenton, NJ 08628-1020
516889415      +NJ Dept of Labor Workforce,    POB 399,    Trenton, NJ 08625-0399
516815060      +Nationstar,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
516815061       New Jersey Natural Gas,    c/o Rhonda M. Figueroa,    Registered Agent,    1415 Wyckoff Rd.,
                 Belmar, NJ 07719
516815062      +Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
516815063      +Plumbing Heating Inc.,    c/o Clerk of Superior Court,    Hughes Justice Complex,    PO Box 971,
                 Trenton, NJ 08625-0971
516815064      +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516815065      +Schachter Portnoy, LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
516815067      +State of NJ Unisured Employer Fund,    1 John Fitch Plaza,    Trenton, NJ 08611-1760
516815066      +State of New Jersey,    c/o Attorney General for New Jersey,    25 Market St.,
                 Trenton, NJ 08611-2148
516815068      +Stern & Eisenberg, PC,    1040 N. Kings Highway, STe. 407,    Cherry Hill, NJ 08034-1925
516815070      +William Briggs,    128 Bramau Ave.,    Berlin, NJ 08009-9209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 11 2017 22:24:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 11 2017 22:24:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516815052      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 11 2017 22:25:06
                 Comcast Cable,    1701 JFK Blvd.,    Philadelphia, PA 19103-2899
516815058      +EDI: IRS.COM Aug 11 2017 22:23:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
516815069      +EDI: SWCR.COM Aug 11 2017 22:23:00      SW Credit Systems,    4120 International Pkwy. Ste. 1100,
                 Carrollton, TX 75007-1958
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-3           User: admin              Page 2 of 2                   Date Rcvd: Aug 11, 2017
                               Form ID: 318             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
          Bruno  Bellucci, III    on behalf of Debtor Christopher V. Shoester jkearney@belluccilaw.net,
           bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
           jbonner@belluccilaw.net
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank National Association, as Trustee for Merril dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Miriam  Rosenblatt    on behalf of Creditor    HSBC BANK USA NATIONAL ASSOCIATION
           bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                             TOTAL: 6