UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merril Lynch First Franklin Mortgage Loan Trust 2007-5, Mortgage Pass-Through Certificates, Series 2007-5

In Re:
  Shoester, Christopher V. dba All Ways Home Remodeling, LLC

Order Filed on August 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    17-19480 CMG

Hearing Date: August 22, 2017

Judge:  Christine M. Gravelle

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 22, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of <u>U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merril Lynch First Franklin Mortgage Loan Trust 2007-5, Mortgage Pass-Through Certificates, Series 2007-5</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as, 1546 North Tuckahoe Road, Williamstown NJ 08094**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-19480-CMG
Christopher V. Shoester                                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1              Date Rcvd: Aug 22, 2017
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
db             +Christopher V. Shoester,    4 N. Binnacle Dr.,    Tuckerton, NJ 08087-1548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:
    Bruno  Bellucci, III   on behalf of Debtor Christopher V. Shoester jkearney@belluccilaw.net,
     bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
     jbonner@belluccilaw.net
    Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
     in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
     Bank National Association, as Trustee for Merril dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
    Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
     NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
    Miriam  Rosenblatt    on behalf of Creditor   HSBC BANK USA NATIONAL ASSOCIATION
     bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
    U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6